David J. D'Aloia, Esq. (Bar No. 018011977)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333
*Attorneys for Certain Underwriters*
*at Lloyd's, London subscribing to Policy*
*No. PIV141351 and HDI Global Specialty SE*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MDH GLOBAL, LLC<br><br>  Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, UNDERWRITERS AT LLOYD'S LONDON KNOWN AS SYNDICATE XLC 2003, CNP 4444, NVA 2007, ARG 2121, and ASC 1414, and HDI GLOBAL SPECIALTY SE,<br><br>  Defendants. | CIVIL ACTION NO. 3:20-cv-08214-BRM-ZNQ<br><br>**NOTICE OF MOTION TO**<br>**TRANSFER VENUE**<br><br>*Document Filed Electronically* |

**TO:** Ryan M. Farrell, Esq.
　　　**BATHGATE, WEGENER & WOLF, P.C.**
　　　One Airport Road
　　　P.O. Box 2043
　　　Lakewood, New Jersey 08701

Adam M. Moskowitz, Esq.
Adam A. Schwartzbaum, Esq.
Howard M. Bushman, Esq.
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134

Michael Howard Moore, Esq.
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602

Rene M. Sigman, Esq.
**MERLIN LAW GROUP**
515 Post Oak Blvd., Suite 510
Houston, Texas 77027

Christina Phillips, Esq.
**MERLIN LAW GROUP**
181 West Madison, Suite 3475
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on **Monday, November 2** at **9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Certain Underwriters at Lloyd's, London subscribing to Policy No. PIV141351 and HDI Global Specialty SE, shall move before the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to 28 U.S.C. §1404(a) to transfer this action to the United States District Court for the Eastern District of North Carolina.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the supporting Brief and Declaration of David J. D'Aloia submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: October 7, 2020
Florham Park, New Jersey

        **SAIBER LLC**

        By:    */s/ David J. D'Aloia*
             David J. D'Aloia (Bar No. 018011977)
             18 Columbia Turnpike, Suite 200
             Florham Park, New Jersey 07932
             Tel: 973-622-3333
             Fax: 973-622-3349
             ddaloia@saiber.com

        - and -

        Fred L. Alvarez (admitted *pro hac vice*)
        (Illinois Bar No. 6202268)
        **WALKER WILCOX MATOUSEK LLP**
        One North Franklin, Suite 3200
        Chicago, Illinois 60606

        Gregory L. Mast (admitted *pro hac vice*)
        (Georgia Bar No. 476191)
        **FIELDS HOWELL**
        1180 W. Peachtree Street NW, Suite 1600
        Atlanta, Georgia 30309

        *Attorneys for Certain Underwriters*
        *at Lloyd's, London subscribing to Policy*
        *No. PIV141351 and HDI Global Specialty SE*

## **CERTIFICATION OF SERVICE**

On October 7, 2020, I caused the within Notice of Motion, Defendants' Brief, the Declaration of David J. D'Aloia and Proposed Order to be filed via ECF.

On October 7, 2020, I caused the within Notice of Motion, Defendants' Brief, the Declaration of David J. D'Aloia and Proposed Order to be served on all counsel below via ECF and e-mail:

Ryan M. Farrell, Esq.
rfarrell@bathweg.com
**BATHGATE, WEGENER**
 **& WOLF, P.C.**
One Airport Road
P.O. Box 2043
Lakewood, New Jersey 08701

Adam M. Moskowitz, Esq.
adam@moskowitz-law.com
Adam A. Schwartzbaum, Esq.
adams@moskowitz-law.com
Howard M. Bushman, Esq.
howard@moskowitz-law.com
**THE MOSKOWITZ**
 **LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134

Michael Howard Moore, Esq.
mmoore@merlinlawgroup.com
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd.,
Suite 950
Tampa, Florida 33602

Rene M. Sigman, Esq.
rsigman@MerlinLawGroup.com
**MERLIN LAW GROUP**
515 Post Oak Blvd., Suite 510
Houston, Texas 77027

Christina Phillips, Esq.
cphillips@merlinlawgroup.com
**MERLIN LAW GROUP**
181 West Madison, Suite 3475
Chicago, Illinois 60602

By:  */s/ David J. D'Aloia*_____
     DAVID J. D'ALOIA